YETTA SCHUSS, Appellant, *v.* LA BRUG HOLDING CORPORATION, Respondent.

Argued December 2, 1943; decided January 13, 1944.

*Myron Wisoff* and *Louis Rothbard* for appellant.

*H. H. Brown* and *E. C. Sherwood* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, DESMOND and THACHER, JJ. RIPPEY and CONWAY, JJ., dissent on the ground that questions of fact were presented for the jury as to defendant's negligence and plaintiff's freedom from contributory negligence.